TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00223-CV

Cynthia Thompson, Appellant

v.

Luling Housing Authority, Appellee

FROM THE COUNTY COURT AT LAW NO. 1 OF CALDWELL COUNTY

NO. 3670, HONORABLE EDWARD L. JARRETT, JUDGE PRESIDING

PER CURIAM

 Appellant Cynthia Thompson filed a motion for voluntary dismissal, asking this Court
to dismiss this appeal because the case has been settled. We grant the motion and dismiss this
appeal. Tex. R. App. P. 42.1(a)(2). 

Before Justices Kidd, B. A. Smith and Puryear

Dismissed on Appellant's Motion

Filed: June 7, 2001

Do Not Publish